UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MONTALVO, | No. C 12-5150 SBA  (pr) |
| Petitioner, | |
| v. | **ORDER OF TRANSFER** |
| TIM VIRGA, Warden, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus in which he challenges the execution of his sentence. He moves for appointment of counsel, (Docket No. 2), and seeks leave to proceed in forma pauperis (IFP), (Docket No. 4).

A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. Id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

Petitioner is incarcerated at the California State Prison - Sacramento in Represa, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84. Because Petitioner

challenges the execution of his sentence, the Court hereby ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

## CONCLUSION

In light of the foregoing, the Court orders as follows:

1. This case is transferred to the United States District Court for the Eastern District of California.

2. All remaining motions (Docket Nos. 2, 4) are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

DATED:  6/10/13

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN EDWARD MONTALVO,

        Plaintiff,

  v.

CDCR CALIFORNIA OF CORRECTIONS et al,

        Defendant.
                                          /

Case Number: CV12-05150 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Edward Montalvo B-98603
California State Prison - Represa
P.O. Box 290066
Represa, CA 95671

Dated: June 10, 2013

                                    Richard W. Wieking, Clerk
                                    By: Lisa Clark, Deputy Clerk