UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MONTALVO,<br><br>        Petitioner,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Respondents. | No.  2:13-cv-01276-MCE-GGH<br><br><br>ORDER |

      This matter is before the undersigned pursuant to Local Rule 302(c)(17) on remand from the Ninth Circuit.  Currently pending before the court are respondents' motion to dismiss, plaintiff's motion for an extension of time to file and opposition, and plaintiff's motion to appoint counsel.

      The court will deny plaintiff's motion to appoint counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.  The does find, however, that petitioner has shown good cause for the granting of an extension of time.

1    In accordance with the foregoing, IT IS HEREBY ORDERED that:

2    1.  Petitioner's January 6, 2016, motion for appointment of counsel (ECF No. 40) is
3    DENIED without prejudice to a renewal of the motion at a later stage of the proceedings;
4    2.  Petitioner's January 6, 2016, motion for an extension of time (ECF No. 41) is
5    GRANTED; and
6    3. Petitioner shall file an opposition to respondents' motion to dismiss within thirty days
7    from the date of this order.

8    Dated:  January 12, 2016

9                              /s/ Gregory G. Hollows
10                         UNITED STATES MAGISTRATE JUDGE

13   /mont1276.eot